IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LOUIS H. VAUGHN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:04-cv-277 |
| | ) |
| FOOD LION, LLC | ) |
| | ) |
| Defendant, | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motions for summary judgment [Court File # 31] and partial summary judgment on plaintiff's claim for punitive damages [Court File # 33] are GRANTED and this action DISMISSED.

**E N T E R:**

                                                     s/ *James H. Jarvis*
                                                   UNITED STATES DISTRICT JUDGE